# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Iowa

Case Number: 4:24-CV-00369-RGE-WPK

Plaintiff: **ROSALEE NUNEZ, individually and on behalf of all others similarly situated**
vs.
Defendant: **PRINCIPAL FINANCIAL GROUP, INC.**

For: Jeffrey M. Ostrow
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT

Received by Caplan, Caplan & Caplan Process Servers on the 30th day of October, 2024 at 8:41 am to be served on **PRINCIPAL FINANCIAL GROUP, INC. C/O: CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINTON, DE 19808**. I, _____Nancy Butler_____, being duly sworn, depose and say that on the _31st_ day of _October_, 20_24_ at _11:41_ a.m., executed service by delivering a true copy of the **SUMMONS, CLASS ACTION COMPLAINT** in accordance with state statutes in the manner marked below:

( )PUBLIC AGENCY:By serving_____ as _____ Served the named agency by delivering a true copy of pleadings and informed said person of the contents therein, with date,hour,intials of service endorsed thereon by me in compliance with State Statute

( )CORPORATE SERVICE/CORPORATE LLC:By serving _____ as _____. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with the date, hour andintials of service endorsed thereon by me in compliance with State Statute

(x)CORPORATE REGISTERED AGENT:By serving Corporation Service Company as Registered Agent. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with date,hour,intials of service endorsed by me in compliance with State Statute

( )CORPORATE REGISTERED AGENT EMPLOYEE:By serving _____ as Employee of Registered agent. Served the named person by delivering a true copy of pleadings and informed person of the contents therein,with date,hour,intials of service endorsed thereon by me in compliance with F.S.48.081 (3)(a) and 48.091, the registered agent failed to comply by not being available for service between the hours of 10am and 12pm

( )CORPORATE SUBSTITUTE RESIDENTIAL:By serving _____ as _____ Served the named person at a residence by delivering true copy of pleadings and informed person of the contents therein,withthe date,hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between10am and 12pm

( )SERVED:Served a Authorized person by delivering a true copy with date and hour of service endorsed to _____ as _____ who stated they are authorize to accept service for deponent and informed said person of the contents

( )NO SERVICE:Reason stated in comments

**COMMENTS:** by serving Service Of Process Bin - specifically designated as such and located at the front reception desk in the main lobby (the service documents were placed in this service of process bin in compliance with the registered agent's service of process police/procedure) - as registered agent for defendant Principal Financial Group, Inc.



## AFFIDAVIT OF SERVICE For 4:24-CV-00369-RGE-WPK

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

Subscribed and Sworn to before me on the 31st day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

JEFFREY L. BUTLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 14, 2026

Nancy Butler - process server
PROCESS SERVER # n/a
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
351 SW 136th Avenue
Suite 207
Davie, FL 33325
(305) 374-3426

Our Job Serial Number: 2024043292
Ref: 10277-320

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| ROSALEE NUNEZ, individually and on behalf of all others similarly situated, *Plaintiff(s)* v. PRINCIPAL FINANCIAL GROUP, INC., *Defendant(s)* | 10/31/24<br>11:41 am<br>N.B<br>N/A<br><br>Civil Action No. 4:24-cv-00369-RGE-WPK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PRINCIPAL FINANCIAL GROUP, INC.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Ostrow
One W. Las Olas Blvd., Suite 500, Ft. Lauderdale, FL 33301
ostrow@kolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED

Date: 10/28/2024



JOHN S. COURTER, Clerk

By: _____
CLERK

DON'T E-FILE

43292