**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ROSALEE NUNEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PRINCIPAL FINANCIAL GROUP, INC.,<br><br>*Defendant*. | No. 4:24-cv-00369-RGE-WPK<br><br>**UNOPPOSED MOTION TO EXTEND DEFENDANT PRINCIPAL FINANCIAL GROUP, INC.'S DEADLINE TO ANSWER OR OTHERWISE RESPOND** |

COMES NOW Principal Financial Group, Inc. ("Principal"), and in support of its Unopposed Motion to Extend the Deadline to Answer or Otherwise Respond, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(j), states:

1. On October 18, 2024, Plaintiff Rosalee Nunez ("Plaintiff") filed its Complaint against Principal.

2. Principal was served with the Summons and Complaint on October 31, 2024.

3. The current deadline for Principal to file its answer or otherwise respond is November 21, 2024.

4. Principal seeks an extension of its deadline to answer or otherwise respond to December 23, 2024.

6. Undersigned counsel is investigating the allegations contained in the Complaint and requires additional time to prepare and file a response.

7. Principal's counsel and Plaintiff's counsel met and conferred on November 18, 2024, regarding this requested extension. Plaintiff does not oppose Principal's request for an extension of time to file its answer or otherwise respond.

8. This is the first request of Principal to extend the deadline to answer or otherwise respond in this Court.

9. No trial date or pre-trial conference has been set by the Court. The parties have not yet held a Rule 26 conference to discuss a proposed Scheduling Order and Discovery Plan.

10. Such extension is in the interests of justice and will not prejudice any party.

**WHEREFORE**, Principal respectfully requests that its deadline for filing an answer or other response be extended to and including December 23, 2024.

Dated: November 19, 2024                    FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Jesse Linebaugh*
Jesse Linebaugh (Lead Counsel)
Rachel A. Yaggi
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
*jesse.linebaugh@faegredrinker.com*
*rachel.yaggi@faegredrinker.com*

*Attorneys for Defendant Principal Financial Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby serving a copy on all counsel of record.

                                                            */s/Miriam R. Christie*