# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| ROSALEE NUNEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PRINCIPAL FINANCIAL GROUP, INC.,<br><br>*Defendant*. | No. 4:24-cv-00369-RGE-WPK<br><br>**APPEARANCE OF JESSE LINEBAUGH** |

Jesse Linebaugh of Faegre Drinker Biddle & Reath LLP hereby enters his appearance as lead counsel of record on behalf of Defendant Principal Financial Group, Inc. and certifies that he is admitted to practice in this Court.

Dated: November 19, 2024    FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Jesse Linebaugh*
Jesse Linebaugh
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
*jesse.linebaugh@faegredrinker.com*

*Attorney for Defendant Principal Financial Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby serving a copy on all counsel of record.

                                                                                  */s/Miriam R. Christie*