**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ROSALEE NUNEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PRINCIPAL FINANCIAL GROUP, INC.,<br><br>*Defendant*. | No. 4:24-cv-00369-RGE-WPK<br><br>**APPEARANCE OF RACHEL A. YAGGI** |

Rachel A. Yaggi of Faegre Drinker Biddle & Reath LLP hereby enters her appearance as counsel of record on behalf of Defendant Principal Financial Group, Inc. and certifies that she is admitted to practice in this Court.

Dated: November 19, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Rachel A. Yaggi*
Rachel A. Yaggi
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
*rachel.yaggi@faegredrinker.com*

*Attorney for Defendant Principal Financial Group, Inc.*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby serving a copy on all counsel of record.

                                                                                      /s/Miriam R. Christie