# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ROSALEE NUNEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL FINANCIAL GROUP, INC.,<br><br>Defendant. | Case No. 4:24-cv-00369-RGE-WPK<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rosalee Nunez ("Plaintiff"), by and through her undersigned counsel, notices the Court of the voluntary dismissal of her claims against Defendant Principal Financial Group, Inc., ("Defendant"), Case 4:24-cv-00369-RGE-WPK, without prejudice. Defendant has not served either an answer or a motion for summary judgment.

Dated: December 17, 2024                Respectfully submitted,

**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

By */s/* J. Barton Goplerud

J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Fax: (954) 525-4300
sukert@kolawyers.com
ostrow@kolawyers.com

Gary Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

(**pro hac vice* forthcoming)

*Attorneys for Plaintiff(s) and the Plaintiff Class(es)*